Eastern District of Kentucky
**F I L E D**
JUN 3 0 2010
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF KENTUCKY
_____ DIVISION at _____

CIVIL ACTION NO. _____ (Court Clerk will supply)

Timothy B. Peffus
PLAINTIFF

VS:

Deputy Fulk
Nurse
Christian Co. Jail

DEFENDANTS

Demand for Jury Trial:
Yes (  )  No ( ✓ )

(do not use "et al.",
 enter full names)

5:10-216

I. Plaintiff:

A. Name (list any aliases): Timothy B. Peffus
B. Prisoner ID #: 400-94-396  Check one: Convicted \_\_\_\_  Pretrial Detainee ✓
C. Place of present confinement: Christian Co. Jail
D. Address: 410 West 7th St., Hopkinsville, Ky. 42240

II. Defendant(s): (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Deputy Fulk
   Title or Position: Officer
   Place of Employment: Christian Co. Jail
B. Defendant's Name:
   Title or Position: Nurse
   Place of Employment: Christian Co. Jail

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

---

    C.    Defendant's Name: Christian Co. Jail
          Title or Position: Institution itself
          Place of Employment: self

    D.    Defendant's Name: _____
          Title or Position: _____
          Place of Employment: _____

    E.    Defendant's Name: _____
          Title or Position: _____
          Place of Employment: _____

### III. Statement of Claim:

Below you should state the FACTS of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

    A.    What happened? Explain specifically what each Defendant did or failed to do.

They placed me "Timothy Pettus" in cell 911 and water is always on the floor and constantly being mopped up. I Mr. Pettus went to the restroom and slipped and fell due to excessive water. Then another inmate put a towel out the window to signal for assistance. Deputy Fulk came and radioed for the nurse and said don't move til she gets there. The nurse came and with her & Deputy Fulk's help I was eased to my mat which was already on the floor. The nurse briefly examined me by pushing on my hip & asking me to raise my leg, and I couldn't. The nurse informed me they'd be back but shift changed & neither nurse or Fulk returned. And to this day (6·26) I still haven't seen doctor and this happened on the 18th of June 2010.

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

B. When did these events happen?

June 18, 2010

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C. Where did these events happen?
_Christian Co. Jail, Medical cell 911 - bathroom_

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.
_Medical negligence, poor living conditions, Cruel & unusual punishment and running water on the floor_

IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

   A. Federal Prisoners answer the following:

      1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES (___)  NO (___)

      2. If so, did you (check ALL that apply):

| | | |
|---|---|---|
| _____ file a request or appeal to the Warden | _____ | date |
| _____ appeal to the Regional Director | _____ | date |
| _____ appeal to the Office of General Counsel | _____ | date |

      3. ATTACH a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

    4.    What was the result? _____

    5.    If you did not file a grievance, why not? _____

B.    **State Prisoners** answer the following:

    1.    Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES (___)  NO (___)

    2.    If you filed a grievance under CPP 14.6, did you (check ALL that apply):

| | | |
|---|---|---|
| ___ file a grievance and seek an informal resolution | _____ | date |
| ___ request a hearing from the Grievance Committee | _____ | date |
| ___ appeal to the Warden | _____ | date |
| ___ appeal to the Commissioner | _____ | date |

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
YES (___)  NO (___)    _____ date

    3.    ATTACH a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

    4.    What was the result? _____

    5.    If you did not file a grievance, why not? _____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

C. County or City Prisoners answer the following:

1. Is there a grievance/appeal policy at your jail? YES (__) NO (✓)
2. ATTACH a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

   _____
   _____

3. Did you file a grievance regarding these facts? YES (__) NO (__)
4. If you filed a grievance:

   a. What steps did you take to use the grievance process? _____
   _____
   _____
   _____
   _____

   b. What was the result? _____
   _____

   c. If unsuccessful, did you file an appeal? YES (__) NO (__)
   d. What was the result? _____
   _____

   e. Did you take any further steps in the grievance process?
      YES (__)   NO (__)   NO MORE AVAILABLE (__)
   f. What was the result? _____
   _____

5. If you did not file a grievance, why not?: _They claim they do but_
   _Don't provide grievance sheets, appeals process or any_
   _indication a process exists._
   _____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

V. OTHER LAWSUITS

A. Have you filed any other lawsuit dealing with the same facts raised in this action?
YES ( ) NO (✓)

B. If your answer to question A is YES, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____   DATE FILED: _____

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

EDKy 520 (Rev 02/07) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____ Case No.: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

*I want to file a negligence lawsuit and a letter of apology for allowing me to suffer in pain.*

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  /  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  /  June 26, 2010
Signature of Plaintiff      Prison ID#         Date

Plaintiff's Address: c/o Christian Co. Jail
                     410 W. 7th St.
                     Hopkinsville, KY 42240